In the Matter of GLOBE MAIL SERVICE, INC., Respondent.
GLOBE ORGANIZATION, INC., Appellant.

Argued April 15, 1942; decided April 30, 1942.

*Philip Wittenberg* for appellant.

*Abraham Ellis* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.